RECEIVED
IN LAKE CHARLES, LA.

OCT -2 2013

TONY R. MOORE, CLERK
BY_____
        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JACKIE FONTENOT | * | CIVIL ACTION NO. 2:10-CV-1132 |
| Plaintiff | * | |
| V. | * | JUDGE MINALDI |
| WARDEN, LOUISIANA STATE PENITENTIARY | * | |
| Defendant | * | MAGISTRATE JUDGE KAY |

*************************************************************

## ORDER

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. 15] previously filed herein, and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein [Doc. 16], and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the petition for writ of habeas corpus be **DENIED** and **DISMISSED WITH PREJUDICE**.

Lake Charles, Louisiana, this 2 day of Oct_____, 2013.

_____
PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE